# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EVERETT CHAD NELSON | ) | Case No.  1:24-MJ-434 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ October 28, 2024 _____ in the city/county of _____ Sterling _____
in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(4) | The defendant did commit assault by beating, striking, and wounding |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_____
*Complainant's signature*

April Russo AUSA
*Printed name and title*

T. Michael Class Jr., Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means)*.

_____
*Judge's signature*

Date:  October 29, 2024

City and state:  Alexandria, Virginia

Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*